### 26500. MARTIN v. SMITH.

FELTON, Justice. Since the petition for the writ of habeas corpus complains for the first time that the charge on alibi in the criminal trial deprived petitioner of due process of law, the appeal from the denial of the petition cannot be sustained. *Shoemake v. Whitlock*, 226 Ga. 771 (177 SE2d 677).

*Judgment affirmed. All the Justices concur.*
SUBMITTED MAY 10, 1971—DECIDED JUNE 2, 1971.

Winfred Furman Martin, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Assistant Attorney General, David L. G. King, Jr., Deputy Assistant Attorney General,* for appellee.